UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**FRANKIE RENEE KENNEDY**<br><br>Defendant. | Criminal Action No. **10cr257**<br>(CKK) |

## ORDER

On November 8, 2010, Defendant Frankie Renee Kennedy, pursuant to Fed. R. Crim P. 11, waived her right to trial by jury, consented to proceed before a Magistrate Judge, and entered a guilty plea before Magistrate Judge Alan Kay, who subsequently filed a Report and Recommendation [#13]. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 20th day of January, 2011,

**ORDERED** that the Court hereby <u>accepts</u> Ms. Kennedy's plea of guilty before Magistrate Judge Alan Kay on November 8, 2010, and the Report and Recommendation filed on November 10, 2010, in the above-captioned case is hereby **ADOPTED**.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Courtroom Clerk
Michelle Peterson, AFPD
Brian Seeley, AUSA
Magistrate Judge Alan Kay
Pretrial Services
U.S. Probation

